PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Shawquore Holloway　　　　　　　　　　　　Cr.: 12-00347-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 64469

Name of Sentencing Judicial Officer:　THE HONORABLE FAITH S. HOCHBERG
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/31/2013

Original Offense:　Convicted Felon Did Knowingly Possess a Firearm

Original Sentence: 57 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Fine, Substance Abuse Testing, Drug Treatment, Employment Requirements/Restrictions

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: 02/24/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number　　Nature of Noncompliance

1　　The offender has violated the special supervision condition which states **'You must not operate any motor vehicle without a valid driver's license issued by the State of New Jersey, or in the state in which you are supervised. You must comply with all motor vehicle laws and ordinances and must report all motor vehicle infractions (including any court appearances) within 72 hours to the U.S. Probation Office.'**

　　On February 22, 2019 and October 26, 2019, the offender was cited by the Newark Police Department for Driving without a License. These matters remain open with Newark Municipal Court.

3　　The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'**

　　During a home visit on November 24, 2019, the offender submitted a urine sample which tested positive for methamphetamine and alcohol. The offender signed an admission of use form admitting the he ingested one ecstasy pill and drank alcohol on November 23, 2019. He stated he was stressed because he was unemployed. A follow up urine secured on January 2, 2020 was negative for any illicit substances.

U.S. Probation Officer Action:

The offender gained employment and is in the process of paying fines assessed in Municipal Court. This is the offender's second positive result for alcohol and first positive result for methamphetamines. However, throughout his supervision term, it is acknowledged that he completed over two years of supervision with no noted issues of non-compliance. The offender was verbally reprimanded, instructed to report weekly to the Probation Office to review and practice cognitive thinking skills, and advised that we will notify the Court of his noncompliance. We will continue to monitor the offender, increase urine surveillance, and apprize the Court of any further noncompliance. The probation office respectfully recommends that Your Honor take no Court action at this time and the signed petition will also serve as a formal judicial written reprimand.

Respectfully submitted,

*Michelle A. Siedzik*
By: Michelle A Siedzik
U.S. Probation Officer
Date: 02/10/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

2/19/20
_____
Date